IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEFANIE BOHRER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 03-3068-CV-S-DW |
| | § | |
| AMERICAN COLLEGE OF FORENSIC | § | |
| EXAMINERS, INC. and ROBERT O'BLOCK | § | |
| | § | |
| Defendants. | § | |

## ANSWER TO COUNTERCLAIM

**COMES NOW**, Plaintiff, Stefanie Bohrer, by and through her undersigned attorney, and for her Answer to defendant Robert O'Block's Counterclaim, states and alleges to the Court as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Further answering, and by way of affirmative defense, Defendant's Counterclaim fails to state a claim upon which relief can be granted.

7. Further answering, and by way of affirmative defense, to the extent that Defendant seeks to assert a claim against Plaintiff for breach of contract, said claim is barred as a result of failure of consideration.

8. Further answering, and by way of affirmative defense, the claims in Defendant's Counterclaim are barred by laches.

9. Further answering, and by way of affirmative defense, the claims contained in Defendant's Counterclaim are barred as a result of Defendant's unclean hands.

10. Further answering, and by way of affirmative defense, to the extent the finder of fact finds in favor of Defendant on his Counterclaim against Plaintiff, Plaintiff is entitled to a setoff.

11. Further answering, the debts were actually approved and incurred by the Defendant and Defendant was always to pay said debts.

WHEREFORE, Plaintiff respectfully requests this Court to dismiss Defendant's Counterclaim, or alternatively, to discharge Plaintiff therefrom, together with her costs herein incurred and expended, and for such other and further relief as the Court deems just and proper in the premises.

LOWTHER JOHNSON
Attorneys at Law, LLC

/s/ Randy J. Reichard
Craig F. Lowther
Missouri Bar Number 24937

Randy J. Reichard
Missouri Bar Number 44560
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Fax: 417-866-1752
clowther@lowtherjohnson.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to William W. Francis, Jr., Placzek & Francis, 1722 S. Glenstone, Suite J, Springfield, MO 65804.

/s/ Randy J. Reichard

20603-000